**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Case 24 CV 5907, *In re: Walgreens Boots Alliance Securities Litigation,* is assigned to the Hon. Joan B. Gottschall; and

Judge Gottschall has requested that 24 CV 5907, *In re: Walgreens Boots Alliance Securities Litigation*, and the related cases listed below be reassigned to another district judge of this Court, pursuant to 28 USC § 294(b); therefore

IT IS HEREBY ORDERED THAT the Clerk of Court shall reassign 24 CV 5907, *In re: Walgreens Boots Alliance Securities Litigation*, and the related cases below to another district judge of this Court.

| CASE # | CASE TITLE |
| --- | --- |
| 24 CV 7755 | *Tobias v. Wentworth et al* |
| 24 CV 8244 | *Hollin v. Wentworth et al* |
| 24 CV 8559 | *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Walgreens Boots Alliance, Inc. et al* |
| 24 CV 9110 | *Lovoi v. Wentworth et al* |

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 24th day of February, 2025